*In re* **Kramer,** Claudia Daymon (MR 16746)
*In re* **Kramer,** Robert L. (MR 16748)
Naperville, IL

714

Orders of the Court:

The motion by Claudia Daymon Kramer to strike her name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately. The motion by Robert L. Kramer to strike his name from the roll of attorneys licensed to practice law in Illinois pursuant to Supreme Court Rule 762(a) is allowed, effective immediately.